**EXHIBIT B**

# Intersee Schiffahrtsgesellschaft mbH & CO. KG

INTERSEE SCHIFFAHRTSGESELLSCHAFT MBH & CO.KG, Boschstraße 15, 49733 HAREN

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

Natalia Targus
Tel.: +49 (0)5932 720 20
Fax: +49 (0)5932 720 220
Internet: www.intersee.de
E-Mail: accounting@intersee.de

Haren (Ems), 18.01.2013

VAT-ID-Nr. DE252704968

Rechnung / Debit-Note: REA001130086

Payment to ZA OW Bunker
USD 343.600,00
MV Fritz

| | | |
|---|---|---|
| Invoice Number 119-23494 USD 38.072,65 | EUR | 28.574,49 |
| Invoice Number 119-23716 USD 133.824,19 | EUR | 100.438,52 |
| Invoice Number 119-26425 USD 171.703,16 | EUR | 128.867,51 |
| payable amount | EUR | 257.880,52 |

Due date: 12.03.2014

free of VAT as per §4 Nr. 2 / §8 Abs 1 Nr. 1 USTG 1993

Bankdetails



Boschstraße 15, D-49733 Haren (Ems)
HRA 120388 Osnabrück
V.A.T. DE175705177 - Finanzamt Lingen 61/210/00515



D.W. Bunker Germany GmbH, Neumühlen 11, D-22763 Hamburg

MS „FRITZ" Schiffahrts-
gesellschaft mbH & Co. Reederei KG
Boschstr. 15

49733 Haren/Ems

Date: Jan. 10th, 2013

INVOICE-N°: 119-26425

| Vessel: | MV FRITZ |
| Port | Malta |
| ETA: | 11-01-2013 |

| Quality | Quantity | Price | Amount |
|---|---|---|---|
| Prepayment New Delivery | | | US$ 171.703,16 |
| + inv. 119-23494 | | | US$ 38.072,65 |
| + inv. 119-23716 | | | US$ 133.824,19 |
| | | Total: | USD 343.600,00 |
| | | | E. & O.E. |

Our VAT-No.: DE814848085

Payment terms: CIA – prompt upon receipt of invoice

Bank details:

**REDACTED**

 **Ostfriesische Volksbank eG**
gegr. 1869

Ostfriesische Volksbank eG Postfach 1840 26768 Leer

O.W. BUNKER GERMANY

05932720220

Mühlenstraße 6-12
26789 Leer

Registergericht:
Amtsgericht Aurich
Gen.-Reg. Nr. 110012

Vorstand:
Holger Franz, Vorsitzender
Jörg Achereiner
Georg Alder

Aufsichtsratsvorsitzender
Folkmar Ukena

Telefon: 0491/9272-0
Telefax: 0491/9272-100

Bankkonten:

**REDACTED**

Bankleitzahl:  **REDACTED**

| Ihre Nachricht vom/ Ihr Zeichen | Ihr(e) Gesprächspartner(in) | Telefon-Durchwahl | Datum |
|---|---|---|---|
|  | Sabine Schütz | 152 | 18.01.2013 |

Ladies and Gentlemen,

we herewith confirm an irrevocable payment amounting to          USD 343.600,00

to:    O.W. BUNKER GERMANY

in favour of account-number/ IBAN:              **REDACTED**

at:             **REDACTED**

from: Intersee Schiffahrtsgesellschaft mbH + Co. KG

Boschstrasse 16

49733 Haren (Ems)

Details of payment:    PROFORMA INV. 119-26425, 119-23494, 119-23716

Kind regards,
Ostfriesische Volksbank eG

Internet: www.ostfriesische-volkabank.de          e-mail: ovbleer@t-online.de

Message Continues...

firm    Detailansicht Kontoumsätze                                  LÜBBERS

Auftraggeber:        Intersee Schiffahrtsges.KG
Kontobezeichnung:    7646508, OVB INTER KG USD

| | | | | |
|---|---|---|---|---|
| Betrag: | 343.600,00S USD | | Originalumsatz: | 343.600,00S USD |
| Buchungsdatum: | 18.01.2013 Valuta: 22.01.2013 | | Auszugsnummer: | 00011 |
| Empfänger (Umsatz): | O.W. BUNKER GERMANY | | | |
| Konto (Umsatz): | | | BLZ/BIC: | |
| Buchungstext: | EBICS-Auslandsüberw. EU | | | |
| Kundenreferenz: | NONREF | | | |
| GVC/Bankref.: | 210 | | | |
| Buchungsschlüssel: | 875  304  PN: 993211 | | | |
| Weitere Info: | | | | |
| VWZ: | EBICS-Auslandsüberw. EU O.W. BUNKER GERMANY | | | |



Anzahl: 1

 firm
Ausgabeprotokoll AZV (AT81)         TSCHOEN

Empfangendes Institut: 28590075 Ostfriesische VB Leer
Auftraggeber: Intersee Schiffahrtsges.KG

Auslandszahlungen

| Konto Auftr. | Empfänger<br>Verwendungszweck<br>Referenztext | Bank/Orderdaten<br>Kontonummer | | Termin<br>Betrag ISO<br>Meldungen Art |
|---|---|---|---|---|
| 7646508 | O.W. BUNKER GERMANY<br>PROFORMA INV. 119-26425,<br>119-23494,<br>119-23716 | REDACTED | | 18.01.2013<br>343.600,00 USD<br>10 |
| | | | Summe USD-Beträge: | 343.600,00 |
| Anzahl: 1 | | | Summe EUR-Gegenwerte: | 271.384,57 |

*257.880,52* (handwritten)

# Intersee Schiffahrtsgesellschaft mbH & CO. KG

INTERSEE SCHIFFAHRTSGESELLSCHAFT MBH & CO.KG, Boschstraße 15, 49733 HAREN

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

**Natalia Targus**
Tel.: +49 (0)5932 720 20
Fax: +49 (0)5932 720 220
Internet: www.intersee.de
E-Mail: accounting@intersee.de

Haren (Ems), 17.05.2013

VAT-ID-Nr. DE252704968

Rechnung / Debit-Note:   REA001 131342

Payment to Blue Water Shipping Copmany Port Costs at Miss River
USD 181.939,00

payable amount                                                       EUR        141.377,73

Due date: 05.03.2014

free of VAT as per §4 Nr. 2 / §8 Abs 1 Nr. 1 USTG 1993

Bankdetails



Boschstraße 15, D-49733 Haren (Ems)
HRA 120388 Osnabrück
V.A.T. DE175705177 - Finanzamt Lingen 61/210/00515

 firm

# Detailansicht Kontoumsätze

LÜBBERS

Auftraggeber: Intersee Schiffahrtsges.KG
Kontobezeichnung: 7646508, OVB INTER KG USD

| | | | |
|---|---|---|---|
| Betrag: | 181.939,00S USD | Originalumsatz: | 181.939,00S USD |
| Buchungsdatum: | 17.05.2013 Valuta: 17.05.2013 | Auszugsnummer: | 00081 |
| Empfänger (Umsatz): | BLUE WATER SHIPPING COMPANY | | TEXAS GULF COAST |
| Konto (Umsatz): | | BLZ/BIC: | |
| Buchungstext: | EBICS-Auslandsüberw. EU | | |
| Kundenreferenz: | NONREF | | |
| GVC/Bankref.: | 210 | | |
| Buchungsschlüssel: | 875   304   PN: 993211 | | |
| Weitere Info: | | | |
| VWZ : | | | |

**REDACTED**

Anzahl: 1

 firm          Ausgabeprotokoll AZV (AVR1)          GRAVEL

Empfangendes Institut: 28590075 Ostfriesische VB Leer
Auftraggeber: Intersee Schiffahrtsges.KG

Auslandszahlungen

| Konto Auftr. | Empfänger<br>Verwendungszweck<br>Referenztext | Bank/Orderdaten<br>Kontonummer | Termin<br>Betrag ISO<br>Meldungen Art |
|---|---|---|---|
| 7646508 | BLUE WATER SHIPPING COMPANY<br>BY ORDER AND FOR ACCOUNT OF<br>OWNERS bustuego<br>MV FRITZ / MISS RIVER / 2013/05<br>OWNERS EXP. 23.100,00 USD<br>S/H 15.05.2013 | REDACTED | 16.05.2013<br>181.939,00 USD<br>10<br>€ 141.377,73 |
| | | Summe USD-Beträge: | 181.939,00 |
| Anzahl: 1 | | Summe EUR-Gegenwerte: | 143.700,34 |

17.05.13
16.05.2013 17:03:00                                                              Seite 1