**EXHIBIT E**

# Intership Maritime Crew Management GmbH

Intership Maritime Crew Management GmbH, Boschstr. 15, D-49733 Haren

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

Marcel Schrant

Haren /Ems), 06.01.2014

## RECHNUNG / INVOICE

| | |
|---|---|
| No: | REA006140003 |
| VAT-number: | 61/210/02143 |
| VAT ID: | DE276470043 |

MV "Fritz"

Downpayment

Crew salaries for the month of:

| | | |
|---|---|---|
| **January 2014** | USD | 65.000,00 |
| | | E. & O. E. |

free of VAT as per. § 4 No. 2 / § 8 Abs. 1 UStG

due date: 06.01.2014

Bank details:
**REDACTED**

Boschstr. 15, D-49733 Haren (EMS)
HRB 204377 Osnabrück, GF Josef Schöning,Traude Schöning,Mark Schöning,Maik Schöning
V.A.T DE276470043 - Finanzamt Lingen 61/210/02143

# Intership Maritime Crew Management GmbH

Intership Maritime Crew Management GmbH, Boschstr. 15, D-49733 Haren

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

Marcel Schrant

Haren /Ems), 03.02.2014

## RECHNUNG / INVOICE

| | |
|---|---|
| No: | REA006140035 |
| VAT-number: | 61/210/02143 |
| VAT ID: | DE276470043 |

MV "Fritz"

### Downpayment

Crew salaries for the month of:

**February 2014**  USD  65.000,00

E. & O. E.

free of VAT as per. § 4 No. 2 / § 8 Abs. 1 UStG

due date: 03.02.2014

Bank details:
**REDACTED**

Boschstr. 15, D-49733 Haren (EMS)
HRB 204377 Osnabrück, GF Josef Schöning,Traude Schöning,Mark Schöning,Maik Schöning
V.A.T DE276470043 - Finanzamt Lingen 61/210/02143

# Intership Maritime Crew Management GmbH

Intership Maritime Crew Management GmbH, Boschstr. 15, D-49733 Haren

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

Marcel Schrant

Haren /Ems), 03.03.2014

## RECHNUNG / INVOICE

| | |
|---|---|
| No: | REA006140059 |
| VAT-number: | 61/210/02143 |
| VAT ID: | DE276470043 |

MV "Fritz"

Downpayment

Crew salaries for the month of:

**March 2014**  USD  65.000,00

E. & O. E.

free of VAT as per. § 4 No. 2 / § 8 Abs. 1 UStG

due date: 03.03.2014

Bank details:

REDACTED

Boschstr. 15, D-49733 Haren (EMS)
HRB 204377 Osnabrück, GF Josef Schöning,Traude Schöning,Mark Schöning,Maik Schöning
V.A.T DE276470043 - Finanzamt Lingen 61/210/02143