**EXHIBIT F**

# Intersee Shipmanagement GmbH & Co. KG

INTERSEE SHIPMANAGEMENT GMBH&CO KG, Boschstraße 15, 49733 Haren

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG  
Boschstraße 15

D-49733 Haren

**Wessels**  
Tel.: +49 (0)5932 720 20  
Fax: +49 (0)5932 720 220  
Internet: www.intersee.de  
E-Mail: accounting@intersee.de

Haren (Ems), 31.07.2013

VAT-ID-Nr. DE252704968

Rechnung / Debit-Note: REA005130247

MV "Fritz"

Technical Management Fee

| | | |
|---|---|---|
| July 2013 | EUR | 10.000,00 |
| August 2013 | EUR | 10.000,00 |
| September 2013 | EUR | 10.000,00 |
| October 2013 | EUR | 10.000,00 |
| payable amount | EUR | 40.000,00 |

Due date: 31.07.2013

free of VAT as per §4 Nr. 2 / §8 Abs 1 Nr. 1 USTG 1993

Bankdetails



Boschstraße 15, D-49733 Haren (EMS)  
HRA 200409 Osnabrück  
V.A.T. DE252705016 - Finanzamt Lingen 61/210/02313

# Intersee Shipmanagement GmbH & Co. KG

INTERSEE SHIPMANAGEMENT GMBH&CO.KG, Boschstraße 15, 49733 Haren

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

**Wessels**
Tel.: +49 (0)5932 720 20
Fax: +49 (0)5932 720 220
Internet: www.intersee.de
E-Mail: accounting@intersee.de

Haren (Ems), 01.11.2013

VAT-ID-Nr. DE252704968

Rechnung / Debit-Note: REA005130248

MV "Fritz"

Technical Management Fee

| | | |
|---|---|---|
| November 2013 | EUR | 10.000,00 |
| Dezember 2013 | EUR | 10.000,00 |
| | | |
| payable amount | EUR | 20.000,00 |

Due date: 01.11.2013

free of VAT as per §4 Nr. 2 / §8 Abs 1 Nr. 1 USTG 1993

Bankdetails



Boschstraße 15, D-49733 Haren (EMS)
HRA 200409 Osnabrück
V.A.T. DE252705016 - Finanzamt Lingen 61/210/02313

# Intersee Shipmanagement GmbH & Co. KG

INTERSEE SHIPMANAGEMENT GMBH&CO KG, Boschstraße 15, 49733 Haren

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

**Wessels**
Tel.: +49 (0)5932 720 20
Fax: +49 (0)5932 720 220
Internet: www.intersee.de
E-Mail: accounting@intersee.de

Haren (Ems), 02.01.2014

VAT-ID-Nr. DE252704968

Rechnung / Debit-Note: REA005140038

MV "Fritz"

Technical Management Fee

| | | |
|---|---|---|
| January 2014 | EUR | 10.000,00 |
| February 2014 | EUR | 10.000,00 |
| March 2014 | EUR | 10.000,00 |
| | | |
| payable amount | EUR | 30.000,00 |

Due date: 02.01.2014

free of VAT as per §4 Nr. 2 / §8 Abs 1 Nr. 1 USTG 1993

Bankdetails



Boschstraße 15, D-49733 Haren (EMS)
HRA 200409 Osnabrück
V.A.T. DE252705016 - Finanzamt Lingen 61/210/02313

# Intersee Shipmanagement GmbH & Co. KG

INTERSEE SHIPMANAGEMENT GMBH&CO KG, Boschstraße 15, 49733 Haren

MS FRITZ Schiffahrtsges. mbH & Co. Reederei KG
Boschstraße 15

D-49733 Haren

**Wessels**
Tel.: +49 (0)5932 720 20
Fax: +49 (0)5932 720 220
Internet: www.intersee.de
E-Mail: accounting@intersee.de

Haren (Ems), 01.04.2014

VAT-ID-Nr. DE252704968

Rechnung / Debit-Note: REA005140039

MV "Fritz"

Technical Management Fee

| | | |
|---|---|---|
| April 2014 | EUR | 10.000,00 |
| May 2014 | EUR | 10.000,00 |
| June 2014 | EUR | 10.000,00 |
| | | |
| payable amount | EUR | 30.000,00 |

Due date: 01.04.2014

free of VAT as per §4 Nr. 2 / §8 Abs 1 Nr. 1 USTG 1993

Bankdetails



Boschstraße 15, D-49733 Haren (EMS)
HRA 200409 Osnabrück
V.A.T. DE252705016 - Finanzamt Lingen 61/210/02313