UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC CHARTERING SERVICES INC., <br><br> Plaintiff, <br><br> v. <br><br> MS "FRITZ" SCHIFFAHRTSGES MBH & CO. REEDEREI KG, <br><br> Defendant. | C.A. No. 7:14-cv-947 (GLS/ATB) |

**DECLARATION IN SUPPORT OF APPLICATION FOR ATTACHMENT
PURSUANT TO FRCP SUPPLEMENTAL RULE B**

Ted G. Semaya, pursuant to the provisions of 28 U.S.C. § 1746, declares and states as follows:

1. I am an attorney admitted to practice before this Court and am a partner with the firm of Eaton & Van Winkle LLP, attorneys for Plaintiff, and I am familiar with the facts of this matter.

2. To the best of my information and belief, defendant MS "Fritz" Schiffahrtsges MbH & Co. Reederei KG ("Defendant") cannot be found within this District within the meaning of FRCP Supplemental Rule B.

3. I caused a search to be made by going to the New York State Department of State website and searching the Corporation and Business Entity Database for Defendant. This database contained no record regarding Defendant. I also caused a search for the Defendant to be made by using online directories for New York State, including www.whitepages.com. However, such directories contained no record regarding the Defendant in New York.

4.      In addition to the foregoing, I am also unaware of the presence within this District of any person appointed or otherwise authorized to serve as agent for service of process on behalf of the Defendant.

5.      It is for the foregoing reasons that I request, on behalf of Plaintiff, that the Court execute the accompanying (Proposed Form of) Order For Issuance of Process of Maritime Attachment and Garnishment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 28, 2014

                                                    s/ Ted G. Semaya
                                                    Ted G. Semaya